IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PENNY EZELL, on Behalf of Herself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-12-787-C |
| GRACO CHILDREN'S PRODUCTS INC., and NEWELL RUBBERMAID INC., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

The filing of Plaintiff's Amended Complaint (Dkt. No. 25) has mooted Defendants'

Motion to Dismiss (Dkt. No. 7) filed July 23, 2012. The motion is therefore denied.

IT IS SO ORDERED this 4th day of February, 2013.

ROBIN J. CAUTHRON
United States District Judge